

Feb 6, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 14-80022-CR-MIDDLEBROOKS/BRANNON

Case No. _____

18 U.S.C. § 922(g)(1)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT JAY GOLDSTEIN,

        Defendant.

_____/

## INDICTMENT

From at least as early as on or about December 13, 2013, through on or about January 20, 2014, in Palm Beach County, in the Southern District of Florida, the defendant,

**ROBERT JAY GOLDSTEIN,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, and one or more rounds of ammunition, in and affecting interstate and foreign commerce, to wit: a Fabrique Nationale (Browning Patent) .25 caliber semi-automatic pistol, and approximately five

(5) rounds of Remington .25 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| ROBERT JAY GOLDSTEIN, | **CERTIFICATE OF TRIAL ATTORNEY*** |
|         **Defendant.** _____/ | Superseding Case Information: |

**Court Division**: (Select One)

    Miami ____    Key West ____
    FTL ____    WPB __X__    FTP ____

New Defendant(s)    Yes ____   ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take    2    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   | | | |
   |---|---|---|
   | I | 0 to 5 days | __X__ |
   | II | 6 to 10 days | ____ |
   | III | 11 to 20 days | ____ |
   | IV | 21 to 60 days | ____ |
   | V | 61 days and over | |

   (Check only one)
   | | |
   |---|---|
   | Petty | ____ |
   | Minor | ____ |
   | Misdem. | ____ |
   | Felony | __X__ |

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    YES
   If yes: Magistrate Case No.    14-8026-WM
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of    01/31/2014
   Defendant(s) in state custody as of _____
   Rule 20 from the _____
                          District of _____

   Is this a potential death penalty case? (Yes or No)    ____ Yes    __X__ No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes    __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes    __X__ No

                                        _____
                                        JOHN C. MCMILLAN, JR
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Florida Bar/Court No.    A5500228

*Penalty Sheet(s) attached                                                        REV.9/11/07

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: ROBERT JAY GOLDSTEIN

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   JOHN C. MCMILLAN, JR.

Last Known Address: _____

_____

_____

What Facility:   _____

_____

Agent(s):   TFO Troy Raines
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
ATF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **ROBERT JAY GOLDSTEIN**

**Case No:** _____

Count : 1

         18 USC § 922(g)(1)
         Felon in Possession of a Firearm and Ammunition

**\* Max.Penalty:**    0-10 years imprisonment; $250,000 fine;
                     0-3 years supervised release